UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 25-313 |
| v. | : | |
| | : | |
| KEVON ANDERSON | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Alina Habba, United States Attorney for the District of New Jersey, by Kelly M. Lyons, (kelly.lyons@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.

ALINA HABBA
United States Attorney

*/s/ Kelly M. Lyons*

By:  Kelly M. Lyons
Assistant United States Attorney

Dated: July 18, 2025